UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-819 JVS (CTx) | Date | July 24, 2008 |
| Title | Hambright v. EHC Financial Services, L.L.C. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Jurisdiction

      The Court has made a preliminary review of the jurisdictional allegations in the Notice of Removal ("Notice") filed July 23, 2008 by EHC Financial Services, L.L.C., Evergreen at Fullerton, L.L.C., and Healthcare Management, L.L.C. (collectively "Defendant LLCs"). The Defendant LLCs purport to invoke the jurisdiction of this Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, § I.A.) Jurisdiction on this basis requires complete diversity.

      The Complaint and the Notice allege that Defendant LLCs are Washington state limited liability companies ("LLC") with their principal place of business in Washington state. (Complaint, ¶ 3; Notice, § I.A.2.) Neither the Notice nor the Complaint identifies the members of the Defendant LLCs.

      For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

      The Defendant LLCs are ordered to file an amended Notice within 15 days identifying each member of each Defendant LLC and the member's citizenship and principal place of business as of July 23, 2008. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |